# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humetewa, Diane J. | U.S. District Court, Arizona | 04/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☑ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court for the District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington, St. Suite 625 SPC 81
Phoenix, Arizona 85003-2161

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 04/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Univ. Montana School of Law | October 4-5, 2018 | Missoula, Montana | Speaker at annual seminar | transportation, meals and lodging |
| 3. | U.S.Dept. of Justice, Office for Victims of Crime | December 7, 2018 | Palm Springs, CA | Panel speaker | transportation and per diem |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Arizona State University Sandra Day O'Connor College of Law | 2018 O'Connor Justice Prize Dinner (for me and spouse at 250.00 ea.) | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Deutsche Enhanced Commodity Strategy Fnd Inst. Class | A | Dividend | | | Sold | 05/18/18 | K | | |
| 2. General Money Market Fund Class B-Dreyfus Corp. | A | Interest | J | T | | | | | |
| 3. Oakmark Intern'l Small Cap Fund (OAKLX) | A | Dividend | | | Sold | 05/18/18 | K | | |
| 4. PIMCO Commodoties Plus Strategy Fund Class P | A | Dividend | J | T | | | | | |
| 5. PIMCO Income Fund P | B | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 6. New World Fund Class F-2 | A | Dividend | | | Sold | 05/18/18 | K | | |
| 7. Bank of America | A | Interest | K | T | | | | | |
| 8. First Federal Credit Union | A | Interest | K | T | | | | | |
| 9. Northwest Mutual Whole Life Insur. | C | Dividend | M | T | | | | | |
| 10. Fidelity Adv. Total Bond | A | Dividend | | | Sold | 05/18/18 | L | | |
| 11. FMI International Fund | A | Dividend | | | Sold | 05/18/18 | K | | |
| 12. I Shares MISCI EuroZone ETF | A | Dividend | | | Sold | 10/30/18 | K | | |
| 13. IShares Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 14. IShares Core S&P 500 ETF | B | Dividend | N | T | | | | | |
| 15. Schwab Strategie Intern'l Equity ETF(VWO) | B | Dividend | M | T | Sold | 05/18/18 | M | | |
| 16. Vanguard Intern'l Equity ETF | A | Dividend | K | T | | | | | |
| 17. Vanguard Total Bond Market ETF | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Cohen & Steers Real Estate Securities Fund Class I(CSDIX) | A | Dividend | K | T | | | | | |
| 19. American Beacon Inter'l Equity Fund Class Y | A | Dividend | | | Buy | 05/17/18 | J | | |
| 20. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 21. | | | | | Sold (part) | 06/25/18 | J | E | |
| 22. | | | | | Sold (part) | 07/02/18 | J | C | |
| 23. | | | | | Sold | 07/10/18 | J | E | |
| 24. Clearbridge Intern'l Small Cap Fund Class I | A | Dividend | | | Buy | 05/17/18 | J | | |
| 25. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 26. | | | | | Sold | 07/02/18 | J | A | |
| 27. Columbia Small Cap Value Fund Class A | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 28. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 29. Columbia Small Cap Index Fund Inst2 Class | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 30. Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 31. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 32. | | | | | Sold (part) | 06/26/18 | J | | |
| 33. | | | | | Sold (part) | 07/02/18 | J | | |
| 34. | | | | | Sold | 07/10/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Dreyfus Intern'l Bond Fund Class I | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 36. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 37. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 38. | | | | | Sold<br>(part) | 07/10/18 | J | | |
| 39. | | | | | Sold | 12/21/18 | J | | |
| 40. EV Short Duration Inflation Protect. Income Fund Class I | A | Dividend | | | Buy | 06/26/18 | J | | |
| 41. | | | | | Buy<br>(add'l) | 07/03/18 | J | | |
| 42. | | | | | Buy<br>(add'l) | 07/10/18 | J | | |
| 43. | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 44. | | | | | Sold<br>(part) | 12/14/18 | J | | |
| 45. | | | | | Sold | 12/21/18 | J | | |
| 46. Federated Mid Cap Index Fund Class IS | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 47. Fidelity Advisor Floating Rate High Income Fund Class I | A | Dividend | | | Buy | 05/18/18 | J | | |
| 48. | | | | | Sold<br>(part) | 06/25/18 | J | | |
| 49. | | | | | Sold | 07/10/18 | J | | |
| 50. Fidelity Advisor Total Em. Markets Fund Class I | C | Dividend | J | T | Buy | 07/02/18 | J | | |
| 51. | | | | | Buy<br>(add'l) | 07/10/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 53. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 54. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 55. Gateway Fund Class Y | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 56. | | | | | Sold (part) | 07/02/18 | J | | |
| 57. | | | | | Sold (part) | 07/10/18 | J | | |
| 58. | | | | | Sold (part) | 10/30/18 | J | | |
| 59. Goldman Sachs ETF Tractivebeta Int'l Equity | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 60. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 61. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 62. Hartford Core Equity Fund Class A | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 63. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 64. | | | | | Buy (add'l) | 01/10/18 | J | | |
| 65. Hartford Schroders U.S. Small Cap Fund Class I | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 66. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 67. | | | | | Sold (part) | 11/30/18 | J | | |
| 68. Invesco QQQ TR | A | Dividend | J | T | Buy | 10/30/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares TR Core Divid Growth ETF | B | Dividend | J | T | Buy | 06/26/18 | J | | |
| 70. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 71. | | | | | Sold (part) | 11/30/18 | J | | |
| 72. IShares TR MSCI Eafevalue ETF | B | Dividend | J | T | Buy | 05/18/18 | J | | |
| 73. | | | | | Sold | 07/02/18 | J | | |
| 74. IShares TR Russell 1000Value ETF | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 75. | | | | | Sold (part) | 07/02/18 | J | | |
| 76. | | | | | Sold (part) | 07/10/18 | J | | |
| 77. JP Morgan Hedged Equity Fund Class I | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 78. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 79. Matthews Pacific Tiger Fund Invest. Class | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 80. MFS Total Return Bond Fund Class I | B | Dividend | J | T | Buy | 06/25/18 | J | | |
| 81. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 82. | | | | | Sold (part) | 11/30/18 | J | | |
| 83. | | | | | Sold (part) | 12/14/18 | J | | |
| 84. MFS Value Fund Class I | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 85. | | | | | Sold (part) | 06/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 87. | | | | | Sold<br>(part) | 07/10/18 | J | | |
| 88. MSIF Inter'l Advantage Fund Class I (Y) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 89. Northwest Bond Index Fund | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 90. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 91. | | | | | Sold | 07/10/18 | J | | |
| 92. PIMCO Income Fund Class 1-2 | B | Dividend | M | T | Sold<br>(part) | 05/18/18 | L | | |
| 93. | | | | | Sold<br>(part) | 07/02/10 | J | | |
| 94. | | | | | Sold<br>(part) | 07/10/18 | J | | |
| 95. PIMCO Low Duration Fund Class 1-2 | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 96. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 97. | | | | | Sold | 07/10/18 | J | | |
| 98. Pioneer Floating Rate Fund | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 99. | | | | | Buy<br>(add'l) | 07/03/18 | J | | |
| 100. | | | | | Buy<br>(add'l) | 07/10/18 | J | | |
| 101. | | | | | Sold<br>(part) | 12/21/18 | J | | |
| 102. Prudential Jennison Mid-Cap Growth Fund<br>Inc. Class Z (Y) | A | Dividend | J | T | Buy | 05/18/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Prudential Short-Term Corp. Bond Fund, Inc. Class Z | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 104.  Putnum Short Duration Inc. Fund Class Y | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 105. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 106. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 107. | | | | | Sold (part) | 11/30/18 | J | | |
| 108. | | | | | Sold (part) | 12/21/18 | J | | |
| 109.  SPDR Ser Tr Bloomberg Barclays 1-3 mnth T Bill ETF New | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 110. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 111. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 112. | | | | | Sold (part) | 11/30/18 | J | | |
| 113.  T Rowe Price Real Estates | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 114. | | | | | Sold | 07/10/18 | J | | |
| 115.  Oakmark Select Fund Investors Class | A | Dividend | M | T | Sold (part) | 05/17/18 | L | | |
| 116. | | | | | Sold | 05/18/18 | K | | |
| 117.  TIAA-CREF Intern'l Equity Index Fund Advisor Class | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 118.  TIAA-CREF Equity Index Fund Advisor Class | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 119. | | | | | Buy (add'l) | 12/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Tocqueville Int'l Value Fund | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 121. | | | | | Buy<br>(add'l) | 07/10/18 | J | | |
| 122. | | | | | Sold<br>(part) | 11/30/18 | J | | |
| 123. | | | | | Sold | 12/14/18 | J | | |
| 124.  US Dollars Currency (Y) | A | None | J | T | Redeemed | 12/24/18 | J | | |
| 125.  Vanguard Inflation Protection Fund Admiral Shares | A | Dividend | J | T | Buy | 05/07/18 | J | | |
| 126. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 127. | | | | | Sold<br>(part) | 07/02/18 | J | | |
| 128. | | | | | Sold | 07/10/18 | J | | |
| 129.  Vanguard World FDS Health Careetf | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 130. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 131.  Virtus Duff & Phelps Global Real Est. Sec. Fund Class I | B | Dividend | J | T | Buy | 11/30/18 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 133.  Wasatch Core Growth Fund | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 134. | | | | | Buy<br>(add'l) | 11/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Humetewa, Diane J.** | 04/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, line 124, the name of the financial institution in which my cash account was maintained is Northwest Mutual.

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 04/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Diane J. Humetewa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544